George Ortseifen and Walter A. Wade, Surviving Executors of Estate of Michael Espert, Deceased, and Trustees Under the Last Will and Testament of Michael Espert, Deceased, Appellants, v. City of Chicago, Appellee.

Gen. No. 41,584.

opinion filed March 2, 1943.   Urion, Bishop & Sladkey, for appellants; Howard F. Bishop and Robert F. Dewey, of counsel; Barnet Hodes, Corporation Counsel, for appellee; James A. Velde, William J. Lancaster and L. Louis Karton, Assistant Corporation Counsel, of counsel.   Opinion by JUSTICE SCANLAN.   ''Not to be published in full.''